UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

Aug 07 2023

Arthur Johnston, Clerk

Civil No.: 2:23-cv-112-TBM-BWR

Date: 08-2-23.  Case#

Joseph James Woemson -VS- State of M.S. Forrest County.

On Grounds of civil action or dismissed of pending case.

I Joseph James Woemson am writting to the circuit courts of Hattiesburg or or in regards of the paroll board pushing my max tennith Date past it's full term date which is 12-19-24 and now it's pushed up to 1-19-2025 thats 49 day's past my oringall max tennith date this problem need's to be resolved as soon as possible or I will take civil action. By due process and my rights where violated. This should have been and/or should be grounds for a civil and/or fediral suit, with dissmised of pending case.

Sincerely Submitted

Joseph James Woemson