IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOSEPH LAMAR WORMSER**                                                       **PETITIONER**

v.                                        **CIVIL ACTION NO. 2:23-cv-112-TBM-BWR**

**STATE OF MISSISSIPPI**                                                    **RESPONDENT**

## **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 30th day of November, 2023.

                                                         TAYLOR B. MCNEEL
                                                         UNITED STATES DISTRICT JUDGE